# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| BRIAN T. BAXTER AND SUSAN T. KINNIRY | : | No. 395 EAL 2024 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the |
| | : | Commonwealth Court |
| | : | |
| PHILADELPHIA BOARD OF ELECTIONS, REPUBLICAN NATIONAL COMMITTEE, AND REPUBLICAN PARTY OF PENNSYLVANIA | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: REPUBLICAN NATIONAL COMMITTEE AND REPUBLICAN PARTY OF PENNSYLVANIA | : | |
| | : | |
| | : | |
| | : | |
| BRIAN T. BAXTER AND SUSAN T. KINNIRY | : | No. 396 EAL 2024 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the |
| | : | Commonwealth Court |
| | : | |
| PHILADELPHIA BOARD OF ELECTIONS, REPUBLICAN NATIONAL COMMITTEE, AND REPUBLICAN PARTY OF PENNSYLVANIA | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: REPUBLICAN NATIONAL COMMITTEE AND REPUBLICAN PARTY OF PENNSYLVANIA | : | |
| | : | |

## **ORDER**

**PER CURIAM**

**AND NOW**, this 17th day of January, 2025, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issues, rephrased for clarity, are:

(1)     Did the Commonwealth Court err in barring enforcement of the Election Code's mail-in and absentee ballot envelope dating requirements, *see* 25 P.S. §§3146.6(a), 3150.16, upon the rationale that those requirements violate the "Free and Equal Elections Clause" found in Article I, Section 5 of the Pennsylvania Constitution?

(2)     If the Commonwealth Court did not so err, does its ruling activate the nonseverability clause included in Section 11 of the Act of October 31, 2019, Pub. L. 552, No. 77 ("Act 77") (*see* 25 P.S. §2602, Note), so as to require invalidation of the entirety of Act 77?

The Application to Intervene of Proposed Intervenor-Respondent and Proposed Answer to Petition for Allowance of Appeal filed by the Pennsylvania Democratic Party is **GRANTED**.

Respondents Brian T. Baxter and Susan T. Kinniry are **DIRECTED** to satisfy the requirements of Pa.R.A.P. 521(a) (relating to the provision of notice to the Attorney General of Pennsylvania of a constitutional challenge to a statute where neither the Commonwealth nor any officer thereof is a party).

Justice Donohue files a concurring and dissenting statement in which Justice McCaffery joins.